IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>CHAD R. DEUCHER,<br><br>        Defendant. | **MEMORANDUM DECISION AND ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Case No. 2:16-CR-189-DAK<br><br>**Judge Dale A. Kimball** |

On May 12, 2023, Defendant filed a *pro se* motion seeking early termination of his supervised release. In October 2017, Judge Nuffer sentenced Defendant to 84 months incarceration and 36 months of supervised release based on a large-scale securities fraud. Defendant's term of supervised release began on February 4, 2022. Therefore, he has served approximately 16 months of his 36 months of supervised release. The United States opposes early termination of Defendant's supervised release. Defendant states that his United States Probation Officer is not opposed to this motion, but the court has not confirmed that assertion. However, on June 6, 2023, the United States Probation Office petitioned the court alleging that Defendant had two violations of his supervised release, including failure to pay his court-ordered restitution payments on five occasions and opening ten new lines of credit without approval from his United States Probation Officer. Although these violations have not been admitted or proven to the court at this time, the court does not believe it is appropriate to terminate Defendant's

supervision before these matters are addressed and this early in Defendant's term of supervised release. Accordingly, the court denies Defendant's pending motion for early termination of supervised release.

DATED this 7th day of June, 2023.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge